NO. 07-03-0028-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 26, 2004

_____


WINNIE PIPELINE COMPANY, N/K/A ACACIA NATURAL GAS CORPORATION,
AND MITCHELL GAS SERVICES, L.P., SUCCESSOR IN INTEREST
TO MITCHELL MARKETING COMPANY, F/K/A SOUTHEASTERN
MARKETING COMPANY, N/K/A DEVON GAS SERVICES, L.P.,

Appellants

v.

WILLIAM HARRINGTON,

Appellee


_____

FROM THE 221ST DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 02-10-06625-CV; HON. SUZANNE STOVALL, PRESIDING

_____

*On Motion to Dismiss*

_____


Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Winnie Pipeline Company, n/k/a Acacia Natural Gas Corporation, and Mitchell Gas

Services, L.P., successor in interest to Mitchell Marketing Company, f/k/a Southeastern

Marketing Company, n/k/a Devon Gas Services, L.P. (Winnie), by and through its attorney, has filed a motion to dismiss this appeal because it no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

2